# EXHIBIT A



Find Movies, TV shows, Celebrities and more...   All

Pro *  |  IMDb Apps  |  Help

Movies, TV     Celebs, Events     News &     Watchlist *     Login *
& Showtimes     & Photos     Community *

**Dallas Buyers Club** (2013)          Edit
**Awards**

Showing all 69 wins and 35 nominations

### Academy Awards, USA  2014

|  |  |
|---|---|
| **Won**<br>Oscar | Best Performance by an Actor in a Leading Role<br>Matthew McConaughey |
|  | Best Performance by an Actor in a Supporting Role<br>Jared Leto |
|  | Best Achievement in Makeup and Hairstyling<br>Adruitha Lee<br>Robin Mathews |
| **Nominated**<br>Oscar | Best Motion Picture of the Year<br>Robbie Brenner<br>Rachel Winter |
|  | Best Achievement in Film Editing<br>Jean-Marc Vallée<br>Martin Pensa |
|  | Best Writing, Original Screenplay<br>Craig Borten<br>Melisa Wallack |

### Golden Globes, USA  2014

|  |  |
|---|---|
| **Won**<br>Golden Globe | Best Performance by an Actor in a Motion Picture -<br>Drama<br>Matthew McConaughey |
|  | Best Performance by an Actor in a Supporting Role in a<br>Motion Picture<br>Jared Leto |

### Screen Actors Guild Awards  2014

|  |  |
|---|---|
| **Won**<br>Actor | Outstanding Performance by a Male Actor in a Leading<br>Role<br>Matthew McConaughey |
|  | Outstanding Performance by a Male Actor in a<br>Supporting Role<br>Jared Leto |
| **Nominated**<br>Actor | Outstanding Performance by a Cast in a Motion Picture<br>Jennifer Garner<br>Matthew McConaughey<br>Jared Leto<br>Denis O'Hare<br>Dallas Roberts<br>Steve Zahn |

### African-American Film Critics Association (AAFCA)  2013

ad feedback

**Dallas Buyers Club**

**Opinion**
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews
Message Board

**Explore More**

**Share** this page:

Like   54,276 people like this.

**User Lists**          Create a list »

Related lists from IMDb users



**Movies i saw with my
girlfriend on theaters**
a list of 34 titles
created 21 Oct 2012

**Mädchenliste**
a list of 33 titles
created 03 Apr 2013

**2014 Oscar Predictions**
a list of 24 titles
created 6 months ago

**MOVIES**
a list of 35 titles
created 5 months ago

Top 10 Films
7th Place

**Won**
AAFCA Award

Best Supporting Actor
Jared Leto

Movies to download
a list of 31 titles
created 3 months ago

## Alliance of Women Film Journalists 2013

**Won**
EDA Award

Best Actor
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

See all related lists »

## Austin Film Critics Association 2013

**Won**
Austin Film Critics Award

Best Supporting Actor
Jared Leto

**Nominated**
Austin Film Critics Award

Best Film

## Australian Film Institute 2014

**Nominated**
AACTA International Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

## Boston Online Film Critics Association 2013

**Won**
BOFCA Award

Best Supporting Actor
Jared Leto

## Boston Society of Film Critics Awards 2013

**2nd place**
BSFC Award

Best Supporting Actor
Jared Leto
Tied with Barkhad Abdi for Captain Phillips (2013).

## Broadcast Film Critics Association Awards 2014

**Won**
Critics Choice Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
Critics Choice Award

Best Picture

## Central Ohio Film Critics Association 2014

**Won**
COFCA Award

Actor of the Year
Matthew McConaughey
For Mud and The Wolf of Wall Street

**2nd place**
COFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

## Chicago Film Critics Association Awards 2013

**Won**
CFCA Award

Best Supporting Actor
Jared Leto

**Nominated**
CFCA Award

Best Actor
Matthew McConaughey

## Chlotrudis Awards 2014

**Won**

Best Supporting Actor

Dallas Buyers Club - IMDb

Chlotrudis Award                    Jared Leto

## Costume Designers Guild Awards  2014

**Nominated**                       Excellence in Period Film
CDG Award                           Kurt and Bart

## Dallas-Fort Worth Film Critics Association Awards  2013

                                    Best Actor
**Won**                             Matthew McConaughey
DFWFCA Award
                                    Best Supporting Actor
                                    Jared Leto

**Nominated**                       Best Picture
DFWFCA Award

## Denver Film Critics Society  2013

                                    Best Actor
**Won**                             Matthew McConaughey
DFCS Award
                                    Best Supporting Actor
                                    Jared Leto

## Florida Film Critics Circle Awards  2013

**Won**                             Best Supporting Actor
FFCC Award                          Jared Leto

## Georgia Film Critics Association (GFCA)  2014

                                    Best Actor
**Nominated**                       Matthew McConaughey
GFCA Award
                                    Best Supporting Actor
                                    Jared Leto

## Golden Camera, Germany  2014

**Won**                             Best International Actor
Golden Camera                       Matthew McConaughey

## Golden Trailer Awards  2014

                                    Best Independent Trailer
                                    Focus Features
                                    Mark Woolen & Associates
                                    For the first theatrical trailer.
**Won**
Golden Trailer                      Best Independent Trailer
                                    Scott Mitsui (trailer producer)
                                    Focus Features
                                    Mark Woolen & Associates
                                    For "Trailer 1"

**Nominated**                       Best Drama Poster
Golden Trailer                      Focus Features
                                    P+A

## Gotham Awards  2013

**Won**
Best Actor                          Matthew McConaughey

## Hollywood Film Festival  2013

**Won**                             Breakthrough Actor
Hollywood Breakthrough Award        Jared Leto

**Won**                             Actor of the Year
Hollywood Film Award                Matthew McConaughey

## Hollywood Makeup Artist and Hair Stylist Guild Awards  2014

**Won**
Artisan

Best Period and/or Character Makeup - Feature Films
Robin Mathews

## Image Awards 2014

**Nominated**
Image Award

Outstanding Independent Motion Picture

## Independent Spirit Awards 2014

**Won**
Independent Spirit Award

Best Male Lead
Matthew McConaughey

Best Supporting Male
Jared Leto

## Indiana Film Journalists Association, US 2013

**2nd place**
IFJA Award

Best Actor
Matthew McConaughey

## International Cinephile Society Awards 2014

**Nominated**
ICS Award

Best Supporting Actor
Jared Leto

## Iowa Film Critics Awards 2014

**Nominated**
IFC Award

Best Supporting Actor
Jared Leto

## Irish Film and Television Awards 2014

**Nominated**
IFTA Award

Best International Actor
Matthew McConaughey

## Las Vegas Film Critics Society Awards 2013

**Won**
Sierra Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**2nd place**
Sierra Award

Best Picture

## London Critics Circle Film Awards 2014

**Nominated**
ALFS Award

Supporting Actor of the Year
Jared Leto

## Los Angeles Film Critics Association Awards 2013

**Won**
LAFCA Award

Best Supporting Actor
Jared Leto
Tied with James Franco for Spring Breakers (2012).

## MTV Movie Awards 2014

**Won**
MTV Movie Award

Best On-Screen Transformation
Jared Leto
Jared Leto's performance as an HIV positive transgender woman
living in 1980s Texas is just as ... More

Best Male Performance
Matthew McConaughey

**Nominated**
MTV Movie Award

Best On-Screen Duo
Matthew McConaughey
Jared Leto

Best On-Screen Transformation
Matthew McConaughey
Despite losing a whopping 50 pounds to play a rodeo cowboy

diagnosed with AIDS and given 30 days to... More

### National Board of Review, USA  2013

**Won**
NBR Award

Top Ten Independent Films

### National Society of Film Critics Awards, USA  2014

**2nd place**
NSFC Award

Best Supporting Actor
Jared Leto

### New York Film Critics Circle Awards  2013

**Won**
NYFCC Award

Best Supporting Actor
Jared Leto

### New York Film Critics, Online  2013

**Won**
NYFCO Award

Best Supporting Actor
Jared Leto

Top Films of the Year

### North Texas Film Critics Association, US  2013

**Won**
NTFCA Award

Best Supporting Actor
Jared Leto

### Online Film & Television Association  2013

**Won**
OFTA Film Award

Best Supporting Actor
Jared Leto
Tied with Michael Fassbender for 12 Years a Slave (2013).

Best Makeup and Hairstyling

**Nominated**
OFTA Film Award

Best Actor
Matthew McConaughey

Best Ensemble

### Online Film Critics Society Awards  2014

**Nominated**
OFCS Award

Best Supporting Actor
Jared Leto

### PGA Awards  2014

**Nominated**
PGA Award

Outstanding Producer of Theatrical Motion Pictures
Robbie Brenner
Rachel Winter

### Palm Springs International Film Festival  2014

**Won**
Desert Palm Achievement Award

Matthew McConaughey

### Phoenix Film Critics Society Awards  2013

**Won**
PFCS Award

Best Actor in a Leading Role
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

**Nominated**
PFCS Award

Best Picture

### Rome Film Fest  2013

**Won**
Associazione Italiana Autori della
Fotografia Cinematografica (AIC)

Yves Bélanger

Award

**Won**
Audience Award                           Jean-Marc Vallée

**Won**
Best Actor                               Matthew McConaughey

**Won**
Golden Butterfly                         Jean-Marc Vallée

**Nominated**
Golden Marc'Aurelio Award                Jean-Marc Vallée

## San Diego Film Critics Society Awards  2013

**Won**                                  Best Supporting Actor
SDFCS Award                              Jared Leto

**Nominated**                            Best Actor
SDFCS Award                              Matthew McConaughey

## San Francisco Film Critics Circle  2013

                                         Best Actor
                                         Matthew McConaughey
**Nominated**
SFFCC Award
                                         Best Supporting Actor
                                         Jared Leto

## San Sebastián International Film Festival  2013

**Won**
Sebastiane Award                         Jean-Marc Vallée

## Santa Barbara International Film Festival  2014

**Won**
Virtuoso Award                           Jared Leto

## Satellite Awards  2013

                                         Best Actor in a Motion Picture
                                         Matthew McConaughey
**Won**
Satellite Award
                                         Best Actor in a Supporting Role
                                         Jared Leto

## Southeastern Film Critics Association Awards  2013

**Won**                                  Best Supporting Actor
SEFCA Award                              Jared Leto

**2nd place**                            Best Actor
SEFCA Award                              Matthew McConaughey

**Nominated**
SEFCA Award                              Best Picture

## St. Louis Film Critics Association, US  2013

**Won**                                  Best Supporting Actor
SLFCA Award                              Jared Leto

**2nd place**                            Best Actor
SLFCA Award                              Matthew McConaughey

## Toronto Film Critics Association Awards  2014

**Won**                                  Best Supporting Actor
TFCA Award                               Jared Leto

**3rd place**                            Best Actor
TFCA Award                               Matthew McConaughey

## Vancouver Film Critics Circle  2014

| Won<br>VFCC Award | Best Supporting Actor<br>Jared Leto |
|---|---|
| **Nominated**<br>VFCC Award | Best Actor<br>Matthew McConaughey |

**Washington DC Area Film Critics Association Awards** 2013

| Won<br>WAFCA Award | Best Supporting Actor<br>Jared Leto |
|---|---|
| **Nominated**<br>WAFCA Award | Best Actor<br>Matthew McConaughey |

**Writers Guild of America, USA** 2014

| **Nominated**<br>WGA Award (Screen) | Best Original Screenplay<br>Craig Borten (written by)<br>Melisa Wallack (written by) |
|---|---|

## See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews | Message Board

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An    company.

Amazon Affiliates

| Amazon Instant Video<br>Watch Movies &<br>TV Online | Prime Instant Video<br>Unlimited Streaming<br>of Movies & TV | Amazon Germany<br>Buy Movies on<br>DVD & Blu-ray | Amazon Italy<br>Buy Movies on<br>DVD & Blu-ray | Amazon France<br>Buy Movies on<br>DVD & Blu-ray | Amazon India<br>Buy Movie and<br>TV Show DVDs | DPReview<br>Digital<br>Photography | Audible<br>Download<br>Audio Books |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-873-195

Effective date of
registration:

November 13, 2013

---

## Title

Title of Work: Dallas Buyers Club

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: November 1, 2013    Nation of 1st Publication: United States

Preregistration: PRE000006719

## Author

■    Author: Dallas Buyers Club, LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Dallas Buyers Club, LLC

2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim

Material excluded from this claim: script/screenplay; preexisting music

Previous registration and year: TXu 1-835-443    2012

New material included in claim: all other cinematographic material

## Certification

Name: Carly Seabrook

Date: November 1, 2013

Registration #:  PA0001873195
Service Request #:  1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608